NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Matter of the Adoption of A.A.M.,        )
a minor child, D.O.B. 6/1/2017,                 )
                                                )
_____         )
                                                )
INITIAL PROSPECTIVE ADOPTIVE                     )
PARENTS,                                         )
                                                )
              Appellants,                        )
                                                )
v.                                              )        Case No. 2D18-25
                                                )
MARIA BATES and ADOPTION                         )
AND FAMILY PLANNING CENTER,                      )
LLC,                                            )
                                                )
              Appellees.                         )
_____         )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Kathleen T. Hessinger, Judge.

Erica T. Healey and Jeanne T. Tate of
Jeanne T. Tate, P.A., Tampa, for Appellants.

Susan M. Levin, Miami, for Appellees.


PER CURIAM.


              Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.